IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **CEDRIC ANTHONY McCOY,**    Plaintiff, | : : : |
| v. | : :  **CIVIL ACTION NO. 21-CV-4550** |
| **MERCK SHARP & DOHME FEDERAL CREDIT UNION,**    Defendant. | : : : : |

# O R D E R

**AND NOW**, this 14th day of January, 2022, upon consideration of Defendant Merck Sharp & Dohme Federal Credit Union's Motion to Dismiss Plaintiff Cedric Anthony McCoy's Complaint (ECF No. 7), and Plaintiff's Response in Opposition thereto (ECF No. 8), it is **HEREBY ORDERED** that Plaintiff's Amended Complaint is **DISMISSED WITH PREJUDICE**. The Clerk of the Court is directed to **TERMINATE** this case.

                                                             **BY THE COURT:**

                                                             **/S/WENDY BEETLESTONE, J.**

                                                             _____
                                                             **WENDY BEETLESTONE, J.**

1